106 A.3d 1236

IN THE MATTER OF MICHAEL D. HALBFISH, AN ATTORNEY AT LAW (ATTORNEY NO. 011741997).

February 4, 2015.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–146 and DRB 14–170, recommending the disbarment of **MICHAEL D. HALBFISH,** of **PHILLIPSBURG,** who was admitted to the bar of this State in 1997, and who has been suspended from the practice of law since October 18, 2013,

for his unethical conduct in five matters, including violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the record in DRB 14–146 having been certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent);

And **MICHAEL D. HALBFISH** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **MICHAEL D. HALBFISH** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **MICHAEL D. HALBFISH** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **MICHAEL D. HALBFISH** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **MICHAEL D. HALBFISH,** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.